UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

PRESTON SCOTT MIKOTTIS,

        Defendant.
_____/

**INDICTMENT**

The Grand Jury charges:

## Count 1
### Use of a Telephone to Make a Bomb Threat

On or about November 5, 2021, in Antrim County, in the Southern Division of the Western District of Michigan, the defendant,

PRESTON SCOTT MIKOTTIS,

through the use of a telephone, willfully made a threat to intimidate the occupants of Camp Pendleton, the United States Marine Corps Base in California, unlawfully to damage the real property, by means of an explosive.  Specifically, MIKOTTIS used his telephone to call in the threat to the Federal Bureau of Investigation Office in Detroit, Michigan, stating: "I planted a bomb at Camp Pendleton, California."

18 U.S.C. § 844(e)

**Count 2**
**Threat Against the President**

On or about November 5, 2021, in Antrim County, in the Southern Division of the Western District of Michigan, the defendant,

PRESTON SCOTT MIKOTTIS,

knowingly and willfully made a threat to take the life of the President of the United States. Specifically, MIKOTTIS used his telephone to call in the threat to the Federal Bureau of Investigation Office in Detroit, Michigan, stating: "I plan on killing the President. I planted bombs at the White House. I planted bombs all over Michigan."

18 U.S.C. § 871(a)

## Count 3
### Use of a Telephone to Make a Bomb Threat

On or about January 29, 2023, in Antrim County, in the Southern Division of the Western District of Michigan, the defendant,

PRESTON SCOTT MIKOTTIS,

through the use of a telephone, willfully made a threat to intimidate the proprietors of the Corner Bistro, a restaurant in Bellaire, Michigan, unlawfully to damage the building, by means of an explosive.  Specifically, MIKOTTIS used his internet-based cellular telephone to send a text message to the restaurant's phone number, stating: "I planted a bomb at the restaurant".

18 U.S.C. § 844(e)

<u>Count 4</u>
Use of a Telephone to Make a Bomb Threat

On or about April 28, 2023, in Antrim County, in the Southern Division of the Western District of Michigan, the defendant,

PRESTON SCOTT MIKOTTIS,

through the use of a telephone, willfully made a threat to intimidate the proprietors of the Corner Bistro, a restaurant in Bellaire, Michigan, unlawfully to damage the building, by means of an explosive. Specifically, MIKOTTIS used his internet-based cellular telephone to send a text message to the restaurant's phone number, stating: "might want to evacuate. I placed a bomb on the premises".

18 U.S.C. § 844(e)

A TRUE BILL

_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
STEPHEN P. BAKER
Assistant United States Attorney