Case 1:23-cr-00057-JTN ECF No. 24, PageID.64 Filed 09/05/23 Page 1 of 5

1/4

1:23-cr-00057-JTN-1

MOTION TO HAVE COUNSEL DISMISSED       2023 AUGUST 27

TO: HONORABLE JANET NEFF

FROM: PRESTON SCOTT MIKOTTIS PRO-SE

DEAR HONORABLE JANET NEFF

I'M WRITING IN CONCERN TO A BREAK DOWN IN COMMUNICATION WITH MY COUNSEL THAT STEMS FROM BLATENT LIES, NUMEROUS MISUNDERSTANDINGS, AND HAVING LIES FILED IN AN OFFICAL COURT MOTION, THAT HAVE CAUSED ME TO LOSE FAITH AND TRUST IN MY DEFENSE TEAM TO REPRESENT ME HONESTLY, TRUTHFULLY, AND WITHOUT BIAS. IN CONVERSATIONS WITH MY DEFENSE TEAM, I'VE DISCLOSED THINGS THAT HAVE CAUSED ME PAIN

AND ANGUISH. I'VE ALSO EXPLAINED THAT WITH

BEING IN THE MILITARY, WHICH I WAS FOR OVER

7 YEARS, THE MILITARY CAN DO THINGS TO THIER

MEMBERS WITHOUT THE MEMBERS CONSENT OR

KNOWLEDGE. A(N) EXAMPLE WOULD BE

EXPERIMENTAL MEDICAL PROCEDURES AND

PROGRAMS, NOT LIMITED TO, DEVICE IMPLANTATION.

UPON A SECOND CONVERSATION MR. DOUGLAS MISREPRESENTED

WHAT I STATED, I REITERATED THE POSSIBILITY OF

SUCH THINGS. MR. DOUGLAS THEN ASKED ME IF I

BELIEVED THAT I'V BEEN "IMPLANTED WITH ANYTHING?"

I RESPONDED WITH "NO", MR. DOUGLAS REPLIED

"NEITHER DO I". I'VE HAD TO CORRECT MY DEFENSE TEAM

ON THE ACTUAL VERBIAGE OF THINGS I'VE STATED ON MORE THAN ONE OCCASION. ANOTHER EXAMPLE IS WHEN A DEFENSE TEAM MEMBER FALSELY STATED TO ME THAT I HAD A SEXUAL RELATIONSHIP WITH A DHHS WORKER. I HAD TO CORRECT HIM THAT THE RELATIONSHIP WAS WITH A(N) UNNAMED PERSON WHO IS ALSO LISTED IN THE INDICTMENT. WHEN THIS RELATIONSHIP WAS FIRST DESCRIBED TO MY DEFENSE TEAM, IN ORDER TO FULLY EXPRESS FACTS, AND EXPOSE A LIE, MY DEFENSE TEAM TOLD ME "WE DON'T WANT TO OPEN THAT CAN OF WORMS" I REPLIED "WE MOST CERTAINLY DO". FOR THESE BLATENT ACTS OF MISREPRESENTATION, INABILITY

to take me seriously, numerous misunderstandings, which have caused a breakdown in communications that have lead me to lose trust, faith, and confidence to be represented without bias. I respectfully ask the court to dismiss my current counsel and to please appoint me new counsel.

    Thank you for yours and the courts time and consideration

Respectfully,

Preston Scott Mikottis

2023 August 27

