UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PRESTON SCOTT MIKOTTIS,

    Defendant.

_____/

Hon. Jane M. Beckering

Case No. 1:23-cr-57

## REPORT AND RECOMMENDATION

    Pursuant to W.D.Mich. LCrR. 11.1, I conducted a plea hearing in the captioned case on August 7, 2025, after receiving consent of defendant and all counsel in writing and on the record. At the hearing, defendant Preston Scott Mikottis entered a plea of not guilty by reason of insanity to Counts 1-4 of the Indictment in exchange for the undertakings made by the government in the written plea agreement. In Counts 1, 3, and 4, defendant is charged with using a telephone to make a bomb threat in violation of 18 U.S.C. § 844(e). In Count 2, defendant is charged with making a threat against the President in violation of 18 U.S.C. § 871(a). On the basis of the record made at the hearing, I find that defendant is fully capable and competent to enter an informed plea; that the plea is made knowingly and with full understanding of each of the rights waived by defendant; that the not-guilty-by-reason-of-insanity plea is made voluntarily and free from any force, threats, or promises, apart from the promises in the plea agreement; that the defendant understands the nature of the charge and penalties provided by law; and that the not-guilty-by-reason-of-insanity plea has a sufficient basis in fact.

    I therefore recommend that defendant's plea of not guilty by reason of insanity be accepted, that the court adjudicate defendant not guilty only by reason of insanity, and that the written plea

agreement be considered for acceptance. Acceptance of the plea, adjudication of not-guilty-by-reason-of-insanity, and acceptance of the plea agreement, are specifically reserved for the district judge.

Dated: August 7, 2025                                          /s/ Sally J. Berens
                                                               SALLY J. BERENS
                                                               U.S. Magistrate Judge

OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within 14 days of the date of service of this notice. 28 U.S.C. § 636(b)(1)(C). Failure to file objections within the specified time waives the right to appeal the District Court's order. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).