UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PRESTON SCOTT MIKOTTIS,

    Defendant.
_____/

Case No. 1:23-cr-57

HON. JANE M. BECKERING

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed on August 7, 2025 by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge (ECF No. 57) is approved and adopted as the opinion of the Court.

2. Defendant's pleas of not-guilty-only-by-reason-of-insanity are accepted and defendant is adjudicated not-guilty-only-by-reason-of-insanity as to Counts One through Four of the Indictment.

3. The written plea agreement (ECF No. 51) is accepted.

Dated: August 26, 2025

    /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge